# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOLLIS WILSON, individually and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br><br>        v.<br><br>GOODRX HOLDINGS, INC., CRITEO CORP., META PLATFORMS, INC., AND GOOGLE LLC.,<br><br>                    Defendants. | Case No.:<br><br>**DECLARATION OF HOLLIS WILSON PURSUANT TO CAL. CIV. CODE § 1780(d)** |

## DECLARATION OF HOLLIS WILSON

I, Hollis Wilson, declare as follows:

1.  I am a named plaintiff in the above-captioned litigation.

2.  I have personal knowledge of the matters set forth below except to those matters stated herein which are based on information and belief, which matters I believe to be true.

3.  If called as a witness I could and would competently testify to the matters included herein.

4.  I reside in Burlingame, California.

5.  I am informed and believe that venue is proper in this Court under Civil Code 1780(d) because: (1) upon information and belief, the principal place of business for Defendant GoodRx Holdings, Inc. is in Santa Monica, California, the principal place of business for Defendant Meta Platforms, Inc. is in Menlo Park, California, the principal place of business for Defendant Google LLC is in Mountain View, California,

1  and the principal place of business for Defendant Criteo Corp. is in New York, New
2  York; (2) Defendants are doing business in this county; and (3) a substantial portion of
3  the events or omissions at issue occurred in this county.

5       I declare under penalty of perjury under the laws of the State of California and
6  the United States that the foregoing is true and correct and that this declaration was
7  executed on March 20, 2023 in Burlingame, California.

                                                                                    Hollis Wilson

DECLARATION OF HOLLIS WILSON